# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS RODRIGUEZ-AGUILAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## COMPLAINT

1. This is an action arising under the Federal Torts Claims Act, 28 U.S.C. §§ 2671 *et seq.* This Court is vested with personal jurisdiction pursuant to 28 U.S.C. § 1346(b).

2. The Plaintiff, Jesus Rodriguez-Aguilar, resides at 5 Chestnut Avenue, Wilmington, Delaware 19805.

3. On or about April 7, 2017, the Plaintiff was at all times herein relevant exercising due care and was operating a motor vehicle northbound on N. Lincoln Street near the intersection of West 2nd Street in the City of Wilmington, State of Delaware.

4. At or about the same time and place, Clarence Crockwell was operating a motor vehicle as an employee of the United State Postal Service, a federal agency of the Defendant, on West 2nd Street when he disregarded red traffic signal causing his vehicle to collide with the Plaintiff's vehicle.

5. Clarence Crockwell was negligent in that he:

(a) Failed to maintain a proper lookout;

(b) Failed to maintain proper control over his vehicle;

(c) Operated his motor vehicle in a careless manner in violation of 21 *Del. C.* §4176(a);

(d) Operated his motor vehicle in an imprudent manner in violation of 21 *Del. C.* §4176(a);

(e) Operated his vehicle without due regard for road and traffic conditions then existing in violation of 21 *Del. C.* §4176(a);

(f) Failed to maintain a proper lookout in violation of 21 *Del. C.* §4176(b);

(g) Failed to give his full time and attention to the operation of her motor vehicle in violation of 21 *Del. C.* §4176(b);

(h) Failed to control the speed of his motor vehicle as was necessary to avoid colliding with another motor vehicle on the highway in violation of 21 *Del. C.* §4168;

(i) Disregarded a traffic signal in violation of Delaware law; and

(j) As otherwise will be revealed through discovery in this case.

6. At all times relevant, Clarence Crockwell was a servant, agent or employee of Defendant United State of America.

7.      Each of the aforementioned acts of negligence of Clarence Crockwell is attributable to Defendant by reason of the doctrine of *respondeat superior*.

8.      Each of the aforementioned acts of negligence of the Defendant constitutes the proximate cause of the incident, injuries and damages resulting to the Plaintiff.

9.      As a proximate result of the negligence of the Defendant, the Plaintiff has suffered the following injuries and damages:

    (a)    Personal injuries, all of which may be permanent;

    (b)    Pain and suffering;

    (c)    Medical expenses, plus future medical expenses; and

    (d)    Lost wages.

10.      On March 12, 2018, Plaintiff submitted a claim based on these allegations in the amount of Two Hundred Fifty Eight Thousand Dollars ($258,000.00) to the Defendant which was received by the Defendant on March 12, 2018.

WHEREFORE, Plaintiff demands judgment against the Defendant in the amount of Two Hundred Fifty Eight Thousand Dollars ($258,000.00) for personal injuries, pain and suffering, past and future medical expenses, interest and court costs.

WEIK, NITSCHE & DOUGHERTY, LLC

*/s/ Joel H. Fredricks*
JOEL H. FREDRICKS, ESQ. (#5336)
305 N. Union Street, Second Floor
P.O. Box 2324
Wilmington, DE  19899
(302) 655-4040
Attorney for Plaintiff